UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

Angel M. Fortis
d/b/a L. M. & Son Trucking

Case No. 8:01-bk-03516-PMG
Chapter 13 case

_____ Debtor* _____ /

## ORDER DISAPPROVING
## APPLICATION FOR UNCLAIMED FUNDS

**THIS CASE** came on for consideration upon the Application for Unclaimed Funds filed by by Brian J. Dilks of Dilks & Knopik, LLC on behalf Green Tree Servicing, LLC. The Court having reviewed the record and being advised by the Financial Administrator finds that there are no remaining unclaimed funds on deposit in this case. The funds on deposit in the Registry of the Court have already been paid by an Order dated May 14, 2004. Therefore, the Application will be disapproved.

Accordingly, it is

**ORDERED** that the Application for Unclaimed Funds filed by Brian J. Dilks of Dilks & Knopik, LLC on behalf of Green Tree Servicing, LLC be and same is disapproved for the reason stated above.

**DONE AND ORDERED** in Chambers at Tampa, Florida on June 20, 2007

PAUL M. GLENN
Chief Bankruptcy Judge

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.